UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONEL HERNANDEZ, | ) | NO. CV 12-6767-CAS (AGR) |
|       Petitioner, | ) ) | |
|    v. | ) | JUDGMENT |
| W.L. MONTGOMERY, | ) ) | |
|       Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 9, 2015

_____
CHRISTINA A. SNYDER
United States District Judge